# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAMONT HOWARD,

    *Petitioner*,

vs.

HAROLD WICKHAM, *et al.,*

    *Respondents*.

3:16-cv-00665-HDM-VPC

ORDER

Following upon the prior scheduling order entered herein,

IT IS ORDERED that the hard copies of any exhibits filed by either counsel shall be delivered – for this case – to the Reno Clerk's Office.

DATED: December 14, 2017.

_____
HOWARD D. MCKIBBEN
United States District Judge