**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAMONT HOWARD, | ) |
| | ) |
| Petitioner, | ) |
| | ) 3:16-cv-00665-HDM-VPC |
| v. | ) |
| | ) |
| HAROLD WICKHAM, et al. | ) **ORDER** |
| | ) |
| Respondents. | ) |
| | ) |

Respondents' unopposed motion for enlargement of time (ECF No. 22) is GRANTED. Respondents shall have until September 13, 2018, within which to answer or otherwise respond to the amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED: This 3rd day of August, 2018.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE