**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAMONT HOWARD, | ) |
| | ) |
| Petitioner, | ) |
| | ) 3:16-cv-00665-HDM-VPC |
| v. | ) |
| | ) |
| HAROLD WICKHAM, et al. | ) **ORDER** |
| | ) |
| Respondents. | ) |
| | ) |

Respondents' second unopposed motion for enlargement of time (ECF No. 25) is GRANTED. Respondents shall have until October 12, 2018, within which to answer or otherwise respond to the amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED: This 13th day of September, 2018.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE