**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAMONT HOWARD, | ) |
| Petitioner, | ) |
| | ) 3:16-cv-00665-HDM-VPC |
| v. | ) |
| HAROLD WICKHAM, et al. | ) **ORDER** |
| Respondents. | ) |

Respondents' third unopposed motion for enlargement of time (ECF No. 27) is GRANTED. Respondents shall have until October 26, 2018, within which to answer or otherwise respond to the amended petition for writ of habeas corpus. Absent a compelling showing of good cause, further extensions of time to respond or answer are unlikely to be granted.

IT IS SO ORDERED.

DATED: This 17th day of October, 2018.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE