**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAMONT HOWARD, | ) |
| Petitioner, | ) |
| | ) 3:16-cv-00665-HDM-CBC |
| v. | ) |
| HAROLD WICKHAM, et al. | ) **ORDER** |
| Respondents. | ) |

Petitioner's motion for extension of time (ECF No. 39) is GRANTED. Petitioner shall have until December 10, 2018, to file a reply to respondents' opposition to petitioner's motion for discovery.

IT IS SO ORDERED.

DATED: This 4th day of December, 2018.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE