**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAMONT HOWARD,<br><br>        Petitioner,<br><br>    v.<br><br>HAROLD WICKHAM, et al.<br><br>        Respondents. | 3:16-cv-00665-HDM-VPC<br><br>**ORDER** |

Following review of the petitioner's motion for discovery, response, and reply thereto, the court concludes that briefing on the motion to dismiss shall be completed before it decides the motion for discovery. Accordingly, petitioner will have until January 22, 2019, to file an opposition to the motion to dismiss, and respondents will have until February 5, 2019, to file a reply.

IT IS SO ORDERED.

DATED: This 27th day of December, 2018.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE