**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LAMONT HOWARD, | ) | |
| Petitioner, | ) | |
| v. | ) | 3:16-cv-00665-HDM-CBC |
| HAROLD WICKHAM, et al. | ) | **ORDER** |
| Respondents. | ) | |

Respondents' unopposed motion for enlargement of time (ECF No. 45) is GRANTED. Respondents shall have until March 7, 2019, to file a reply to petitioner's opposition to respondents' motion to dismiss.

IT IS SO ORDERED.

DATED: This 6th day of February, 2019.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE