**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAMONT HOWARD, | ) |
| Petitioner, | ) |
| | ) 3:16-cv-00665-HDM-CBC |
| v. | ) |
| | ) |
| HAROLD WICKHAM, et al. | ) **ORDER** |
| | ) |
| Respondents. | ) |
| _____ | ) |

Petitioner's motion for enlargement of time (ECF No. 52) is GRANTED. Petitioner will have until September 6, 2019, to file a reply in support of the merits of his amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED: This 9th day of July, 2019.

*[signature: Howard D. McKibben]*
_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE