UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| LAMONT HOWARD, | Case No. 3:16-cv-00665-HDM-CBC |
|---|---|
| Petitioner, | |
| v. | **ORDER** |
| HAROLD WICKHAM, et al., | |
| Respondents. | |

Petitioner's second unopposed Motion for an Extension of Time (ECF No. 54) is GRANTED. Petitioner will have until October 4, 2019, to file a reply in support of the merits of his amended petition.

IT IS SO ORDERED.

DATED: this 6th day of September 2019.

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE