UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LAMONT HOWARD, | Case No. 3:16-cv-00665-HDM-CBC |
| Petitioner, | |
| v. | **ORDER** |
| HAROLD WICKHAM, et al., | |
| Respondents. | |

Petitioner's third unopposed Motion for an Extension of Time (ECF No. 56) is GRANTED. Petitioner has until October 11, 2019, to file a reply in support of the merits of his amended petition.

IT IS SO ORDERED.

DATED: this 4th day of October, 2019.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE